UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CLIFFORD IRBY, II (#581519)

VERSUS

N. BURL CAIN, ET AL.

CIVIL ACTION

NO. 13-327-SDD-RLB

### RULING AND ORDER OF DISMISSAL

The Court has carefully considered the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated February 19, 2014. Plaintiff has filed an *Opposition to Motion for Dismissal*[3] which the Court has considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, the Defendants' *Motion to Dismiss*[4] is GRANTED and Plaintiff's claims asserted against the Defendants are dismissed with prejudice.

Baton Rouge, Louisiana, the 17 day of March, 2014.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 33.
[3] Rec. Doc. 34.
[4] Rec. Doc. 142.